IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB, SR.,

    Plaintiff,                    No. CIV S-04-2706 MCE JFM P

    vs.

C. FINN, et al.,

    Defendants.              <u>ORDER</u>

                            /

          On April 21, 2005, plaintiff filed an amended complaint.  However, this civil rights action was closed on March 16, 2005 pursuant to plaintiff's March 7, 2005, request for voluntary dismissal.  Fed. R. Civ. P. 41(a).  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

          Plaintiff is advised that he may file a new action, and the Clerk of the Court will be directed to send plaintiff the forms necessary to file a new § 1983 action.  However, plaintiff is cautioned that if he chooses to file a new action and later moves for voluntary dismissal of that second action, it will serve as an adjudication upon the merits pursuant to Fed. R. Civ. P. 41(a)(1).  (<u>See also</u> Fed. R. Civ. P. 41(d) concerning potential liability for costs.)

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff the forms necessary to file a new civil rights action; and

2. Plaintiff's April 21, 2005 amended complaint shall be disregarded.

DATED: May 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001; schr2706.58